BOROUGH DEVELOPMENT COMPANY, Respondent, *v.* WILLIAM E. HARMON et al., Copartners under the Firm Name of WOOD, HARMON & Co., Appellants.

*Borough Developing Co.* v. *Harmon,* 154 App. Div. 689, affirmed. (Argued March 5, 1915; decided April 13, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 20, 1913, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover upon a contract under which the plaintiff undertook to deliver, dump and spread upon the defendants' certain

premises, known as "Flatbush Gardens," in the borough of Brooklyn, a quantity of street sweepings, ashes and incinerated rubbish for the purpose of filling in proposed streets in said property.

*Dallas Flannagan* and *Walter T. Lindsay* for appellants.

*James E. Finegan, William J. Duane* and *Frank S. Angell* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.